# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

NIRKA VERONICAL ARIAS,

                Plaintiff,           20 **CIVIL** 10956 (VSB)(RWL)

     -v-                         **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 6, 2022, that the decision of the Commissioner of Social Security be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. 405(g), for further administrative proceedings, including offering Plaintiff the opportunity for a new hearing.

**Dated:**  New York, New York
          January 6, 2022

                                             **RUBY J. KRAJICK**

                                                 **Clerk of Court**

                      **BY:**     *K. Mango*

                                                 **Deputy Clerk**