UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NIRKA VERONICA ARIAS,

                Plaintiff,                          Civil Action No.:
                                                               1:20-cv-10956-VSB-RWL

    - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.                         **ORDER**
------------------------------------------------------------X

        The Court, having read the motion, supporting memorandum, and affirmation of CHARLES E. BINDER, attorney for Plaintiff in the above-entitled case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto,

        **IT IS ORDERED** that attorney's fees be granted in the amount of $4,527.75, which represents significantly less than 25% of the past due benefits awarded to Plaintiff, and that such fees be paid to CHARLES E. BINDER, petitioner. Upon receipt of this sum, counsel for Plaintiff is directed to remit $1,599.28 which represents Equal Access to Justice Act fees previously paid to counsel for Plaintiff in connection with this case, directly to Plaintiff.

DATED:  October 15, 2024                        SO ORDERED.
              New York, New York

                                                              ROBERT W. LEHRBURGER
                                                               UNITED STATES MAGISTRATE JUDGE